IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAQUAVIOUS RIVERS,<br>　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 3:20-CV-831-M-BK<br>(Criminal No. 3:17-CR-460-M-10) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

　　　IT IS THEREFORE ORDERED that the agreed motion to vacate sentence under 28 U.S.C. § 2255 is **GRANTED** and that Movant's guilty plea and sentence to conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846 (Count 1) are **VACATED**.

　　　SO ORDERED this 12th day of May, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE